# UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: The Honorable Stephen A. Vaden, Judge**

| | |
|---|---|
| NIPPON STEEL CORPORATION, | |
| Plaintiff, | |
| TOKYO STEEL MANUFACTURING CO., LTD. | |
| Consolidated Plaintiff, | |
| JFE SHOJI CORPORATION AND JFE SHOJI AMERICA, LLC | Consol. Court No. 22-00183 |
| Plaintiff-Intervenors, | |
| v. | |
| UNITED STATES, | |
| Defendant, | |
| NUCOR CORPORATION, | |
| Defendant-Intervenor. | |

### PLAINTIFF'S CONSENT MOTION TO SEVER AND DISMISS

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, Plaintiff Tokyo Steel Manufacturing Co., Ltd. ("Tokyo Steel") respectfully moves this court for an order severing and dismissing it as a plaintiff to *Tokyo Steel Manufacturing Co., Ltd. v. United States*, No. 22-180.

Accordingly, Tokyo Steel respectfully requests that this court take the following steps to facilitate a speedy resolution by first severing *Tokyo Steel Manufacturing Co., Ltd. v. United States*, No. 22-180 from *Nippon Steel Corporation v. United States*, No. 22-183 and second

dismissing *Tokyo Steel Manufacturing Co., Ltd. v. United States*, No. 22-180.

Additionally, we respectfully request this Court dissolve the court order for injunction, CIT 22-180, ECF 12, dated July 7, 2022 suspending liquidation for certain entries made between October 1, 2019 and September 30, 2020.

Pursuant to rules of the Court of International Trade, Tokyo Steel conferred with and obtained consent for this motion from all parties in this action.  Specifically, on May 29th, 2023, counsel for Defendant United States consented to this motion.  Counsel on behalf of Plaintiff Nippon Steel Corporation consented on May 30th, 2023.  Similarly, on May 30th, 2023, counsels consented on behalf of Defendant-Intervenor, Nucor Corporation as well as Plaintiff-Intervenors, JFE Shoji Corporation and JFE Shoji America, LLC.

WHEREFORE, it is respectfully requested by plaintiff, Tokyo Steel that its motion be granted and that it be severed and dismissed as a plaintiff to this action.

Respectfully submitted,

/s/ Daniel Le Porter

Daniel L. Porter
James C. Beaty
Ana M. Amador

**CURTIS, MALLET-PREVOST,**
**COLT & MOSLE LLP**
1717 Pennsylvania Avenue, NW.
Suite 1300
Washington, DC 20006
Phone: (202) 452-7325
Fax: (202) 452-7333
Email: dporter@curtis.com
*Counsel to Consolidated Plaintiff, Tokyo Steel Manufacturing Co., Ltd.*

Dated:  May 30, 2023

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NIPPON STEEL CORPORATION,<br><br>                    Plaintiff,<br><br>TOKYO STEEL MANUFACTURING CO., LTD.<br><br>                    Consolidated Plaintiff,<br><br>JFE SHOJI CORPORATION AND<br>JFE SHOJI AMERICA, LLC<br><br>                    Plaintiff-Intervenors,<br><br>        v.<br><br>UNITED STATES,<br><br>                  Defendant,<br><br>NUCOR CORPORATION,<br>                    Defendant-Intervenor. | Consol. Court No. 22-00183 |

**PROPOSED ORDER**

Upon consideration of Plaintiffs motion to sever and dismiss in the above-captioned action, and upon all other papers and proceedings had herein, it is hereby

**ORDERED** that plaintiff Tokyo Steel's motion be granted; it is further

**ORDERED** that *Tokyo Steel Manufacturing Co., Ltd. v. United States*, No. 22-180 is severed from *Nippon Steel Corporation v. United States*, No. 22-183, and

**ORDERED** that the injunction suspending liquidation of entries of subject imports produced and or exported by Tokyo Steel Manufacturing Co., Ltd. is dissolved; and

**ORDERED** that *Tokyo Steel Manufacturing Co., Ltd. v. United States*, Case No. 22-180 is dismissed.

2

**SO ORDERED.**

Dated:_____                                  _____
   New York, New York                                                                  Stephen A. Vaden, Judge