## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NIPPON STEEL CORPORATION,<br><br>*Plaintiff*,<br><br>TOKYO STEEL MANUFACTURING CO. LTD.,<br><br>and<br><br>JFE SHOJI CORPORATION and JFE SHOJI AMERICA, LLC,<br><br>*Plaintiff-Intervenors*,<br>v.<br><br>UNITED STATES,<br><br>*Defendant*,<br>and<br><br>NUCOR CORPORATION,<br><br>*Defendant-Intervenor*. | Before: Stephen Alexander Vaden, Judge<br><br>Consol. Court No. 1:22-cv-00183 |

### ORDER

Upon consideration of Consolidated Plaintiff Tokyo Steel Manufacturing Co. Ltd.'s Motion to Sever and Dismiss in the above-captioned action, ECF No. 36, it is hereby:

**ORDERED** that Consolidated Plaintiff's Motion be granted; it is further

**ORDERED** that *Tokyo Steel Manufacturing Co., Ltd. v. United States*, No. 22-180 is **SEVERED** from *Nippon Steel Corporation v. United States*, No. 22-183;

**ORDERED** that the injunction suspending liquidation of entries of subject imports produced and or exported by Tokyo Steel Manufacturing Co., Ltd. is **DISSOLVED**, Court No. 22-180, ECF No. 12; and

Court No. 1:22-cv-00183								Page 2

**ORDERED** that *Tokyo Steel Manufacturing Co., Ltd. v. United States*, Case No. 22-180 is **DISMISSED**.

/s/ Stephen Alexander Vaden
Stephen Alexander Vaden, Judge

Dated: May 30, 2023
New York, New York